266 So.2d 431

Leroy K. MANUEL

v.

MISSOURI PACIFIC RAILROAD COMPANY.

No. 52703.

Sept. 22, 1972.

Application not considered. Applicant failed to apply for a rehearing in the Court of Appeal and therefore the judgment is final.